UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHRIS HINRICHS, et al.,

      Plaintiffs,

vs.                                    Case No. 2:16-CV-01284-PP

DOW CHEMICAL COMPANY, etc.,

      Defendant.

---

FEE APPLICATION AND SUPPORTING DECLARATION

---

FEE APPLICATION

      The court's June 26, 2017, order granted the plaintiffs' motion for an award of actual attorney fees and costs, pursuant to 28 U.S.C §1447(c), incurred in responding to the removal of this action. This Fee Application is submitted in accordance with that order. It is respectfully requested that the court order the defendant to pay the amount itemized in the attached Exhibit A, $9,549.50, to the client trust account of counsel for the plaintiffs, Rogahn Jones IOLTA Trust Account, within a specified time established by the court.

      Dated this 21st day of July, 2017.

                                                          ROGAHN JONES LLC
                                                          Attorneys for the plaintiffs

                                                          s/ Terry J. Booth
                                                          Terry J. Booth
                                                          State Bar No. 1014691

P.O. Address:
ROGAHN JONES LLC
N16W23233 Stone Ridge Drive, Suite 270
Waukesha, WI 53188
(262) 347-4444
tbooth@rogahnjones.com

# DECLARATION

STATE OF WISCONSIN ) 
                              ) ss. 
COUNTY OF WAUKESHA )

Terry J. Booth, being first duly sworn on oath, states as follows:

1. I am an attorney for the plaintiffs in the captioned action and have knowledge of the following matters.

2. Attached hereto as Exhibit A is a true and correct itemization of services performed by Rogahn Jones LLC, counsel for the plaintiffs, of the dates on which those services were performed, of the time spent in performing those services and of the usual hourly rates charged for such services.

3. I declare under penalty of perjury that the services itemized on Exhibit A were actually and necessarily performed in responding to the removal of this action.

       Dated this 21st day of July, 2017.

                                                    /s/Terry J. Booth 
                                                    Terry J. Booth

Subscribed and sworn to before me this 
21st day of July, 2017.

/s/Emily Greene

Emily Greene 
Notary Public, State of Wisconsin

My commission is permanent.