

## JeeTops

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| In Reference To: | | **002 - DOW (Eastern District of WI) (Professional Services)** | | | | |
| 10/14/16 | TB | | Review and evaluate removal of action to federal court, including review of complaint allegations, consideration of possible amended complaint, consideration of corporate existence of Autovation, consideration of license of JeeTops to Autovation, consideration of entity manufacturing and selling JeeTops, and telephone conferences with Mr. Hinrichs regarding operation of Autovation. | 2.80 | 225.00 | $630.00 |
| 10/18/16 | TB | | Receipt and review of multiple documents from Mr. Hinrichs relating to operations of Autovation for the purpose of responding to removal of action to federal court., including necessary review of applicable legal authorities. | 1.50 | 225.00 | $337.50 |
| 10/23/16 | TB | | Evaluate appropriate response to removal of action to federal court, including consideration of applicable legal authorities, consideration of possible amended complaint, consideration of waiver of remand and necessary file review. | 2.00 | 225.00 | $450.00 |
| 10/24/16 | TB | | Telephone conferences with Atty. Harvey regarding amended complaint, regarding waiver of remand, and regarding extension of time to answer, including necessary prior review of applicable legal authorities relating to waiver of remand by filing of amended complaint. | 2.50 | 225.00 | $562.50 |

**Rogahn Jones LLC**
N16W23233 Stone Ridge Drive, Suite 270
Waukesha, WI 53188
Phone: 2623474444

Exhibit A

Case 2:16-cv-01284-PP   Filed 07/21/17   Page 1 of 3   Document 28-1

1/3

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/25/16 | TB | | Telephone conference with Mr. Hinrichs regarding affidavit in support of motion for remand, including necessary consideration of litigation strategy. | 0.50 | 225.00 | $112.50 |
| 10/26/16 | TB | | Prepare removal motion, supporting affidavit and supporting brief, including necessary file review, review of applicable legal authorities and consideration of litigation strategy. | 6.50 | 225.00 | $1,462.50 |
| 10/26/16 | AA | | Prepare Plaintiffs civil disclosure statement. | 0.30 | 70.00 | $21.00 |
| 11/08/16 | TB | | Receipt and review of memorandum in response to motion for remand, and multiple affidavits from Dow; correspondence to Mr. Hinrichs regarding same. | 1.50 | 225.00 | $337.50 |
| 11/15/16 | AA | | Prepare Magistrate consent document. | 0.30 | 70.00 | $21.00 |
| 11/21/16 | TB | | Lengthy telephone conference with Mr. Hinrichs regarding case status and regarding anticipated further proceedings. | 0.60 | 225.00 | $135.00 |
| 11/22/16 | TB | | Work on reply brief and supporting affidavit relating to motion for remand, including necessary file review, review of applicable legal authorities, consideration of litigation strategy and telephone conferences with Mr. Hinrichs regarding corporate status. | 2.50 | 225.00 | $562.50 |
| 11/23/16 | TB | | Work on reply brief in support of motion for remand, including necessary file review, review of applicable legal authorities, consideration of litigation strategy and communications with Mr. Hinrichs regarding corporate status. | 3.00 | 225.00 | $675.00 |
| 11/25/16 | TB | | Work on reply brief in support of motion for remand, including necessary file review, review of applicable legal authorities, work on supporting affidavit and consideration of litigation strategy. | 5.00 | 225.00 | $1,125.00 |
| 11/28/16 | TB | | Work on reply brief in support of motion for remand, including necessary file review, review of applicable legal authorities, work on supporting affidavit and consideration of litigation strategy. | 9.00 | 225.00 | $2,025.00 |
| 01/06/17 | TB | | Correspondence (2) from Mr. Hinrichs regarding revival of Autovation corporate status. | 0.20 | 225.00 | $45.00 |
| 01/12/17 | TB | | Correspondence to Mr. Hinrichs regarding status of pending motions. | 0.20 | 225.00 | $45.00 |

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/13/17 | TB | | Correspondence to Mr. Hinrichs regarding Certificate of Revivial and regarding status of pending motions, including necessary file review and consideration of litigation strategy. | 0.40 | 225.00 | $90.00 |
| 02/23/17 | TB | | Telephone conference with Mr. Hinrichs regarding status of pending motions and regarding certificate of corporate status. | 0.40 | 225.00 | $90.00 |
| 03/02/17 | TB | | Receipt and review of correspondence from Mr. Hinrichs regarding corporate documents received from State of Delaware; prepare supplemental affidavit regarding corporate documents; correspondence for Mr. Hinrichs regarding corporate documents; correspondence to State of Delaware regarding corporate documents. | 1.00 | 225.00 | $225.00 |
| 03/03/17 | TB | | Receipt and review of correspondence from Delaware Secretary of State regarding certificate of revival; correspondence to Delaware Secretary of State regarding certificate of revival; telephone call to Delaware Secretary of State regarding certificate of revival; finalize second supplemental affidavit of Mr. Hinrichs; correspondence to Mr. Hinrichs regarding second supplemental affidavit. | 1.00 | 225.00 | $225.00 |
| 04/03/17 | TB | | Correspondence to Mr. Hinrichs regarding status of pending motions, including necessary file review and consideration of litigation strategy. | 0.20 | 225.00 | $45.00 |
| 06/05/17 | TB | | Correspondence to Mr. Hinrichs regarding status of Federal Court proceedings, including necessary file review and review of Court file. | 0.30 | 225.00 | $67.50 |
| 06/26/17 | TB | | Receipt and review of Court decision and order regarding remand and award of costs & fees; correspondence to Mr. Hinrichs regarding same. | 0.50 | 225.00 | $112.50 |
| 07/21/17 | TB | | Prepare fee application and supporting declaration with necessary file review. | 0.50 | 225.00 | $112.50 |
| 07/21/17 | AA | | Preparation itemization of costs and fees for fee application. | 0.50 | 70.00 | $35.00 |

|  |  |
|---|---|
| Total Hours: | 43.20 |
| Total Labor: | $9,549.50 |
| **Total Invoice Amount:** | **$9,549.50** |
| **Total Amount Due:** | **$9,549.50** |